VERNA B. JENSEN et al., Respondents, *v.* UNITED AIR LINES TRANSPORT CORPORATION, Appellant.

Argued May 25, 1939; decided June 19, 1939.

*Joseph F. Murray, John F. Ward* and *Malcolm G. Bibbey* for appellant.

*Robert G. Page* and *Carl McGowan* for respondents.

Order affirmed, with costs, and the question certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.